IN THE UNITED STATES DISTRICT COURT  FILED BY /o/b  D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION                    05 SEP 14 PM 4: 59

**UNITED STATES OF AMERICA**

V.                                                  05-20301-Ma

**JAFARRIS MILLER**

## ORDER ON ARRAIGNMENT

This cause came to be heard on _September 14, 2005_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Pam Hamm_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:922(g)

U. S. Attorney assigned to Case: S. Hall

Age: 33

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-19-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20301 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Jafarris Miller
SHELBY COUNTY JAIL
04133502
201 Poplar Avenue
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Pamela B. Hamrin
200 Jefferson, Suite 200
Memphis, TN 38109

Jafarris Miller
SHELBY COUNTY JAIL
04133502
201 Poplar Avenue
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT